```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     18cr749-1 (DLC)
                                          :
                                          :          ORDER
            -v-                           :
                                          :
JENCY DIAZ,                               :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter dated January 9, 2023 for early termination of supervised release, it is hereby

ORDERED that the Government shall respond to this letter by February 10, 2023 stating its position as well as that of Probation.

SO ORDERED:

Dated:   New York, New York
         January 18, 2023

                                                                  DENISE COTE
                                  United States District Judge