```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    18cr749-1 (DLC)
                                          :
                                          :         ORDER
          -v-                             :
                                          :
JENCY DIAZ,                               :
                                          :
                    Defendant.            :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's opposition to the defendant's request for early termination of supervised release, it is hereby

ORDERED that the defendant's January 18 motion is denied.

IT IS FUTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         March 3, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge